IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| WALLACE IINUMA, as Successor Trustee of the Glenn Y. Kimura Revocable Living Trust, dated July 2, 2014,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; SELECT PORTFOLIO SERVICING, INC.; John Does 1-10; Jane Does 1-10; Doe Corporations 1-10; Doe Partnerships 1-10; Doe Entities 1-10; and Doe Governmental Units 1-10,<br><br>Defendants. | CIVIL NO. 14-00482 DKW-BMK<br><br>**ORDER DISMISSING ACTION** |

## ORDER DISMISSING ACTION

On March 17, 2015, the Court dismissed Plaintiff Wallace Iinuma's

Amended Complaint, with leave to file a Motion to File an Amended Complaint

1

pursuant to Federal Rule of Civil Procedure 15(a) by March 31, 2015.  See Doc. No. 21.  The March 17, 2015 Order further provided that, "Iinuma is CAUTIONED that failure to do so will result in the dismissal of this action without further notice."  Because no such motion has been filed, the Court directs the Clerk's Office to close the case.

IT IS SO ORDERED.

DATED: April 1, 2015 at Honolulu, Hawaii.



Derrick K. Watson
United States District Judge

---

*Iinuma v. Bank of America, N.A., et al.*; Civ. 14-00482 DKW-BMK;
**ORDER DISMISSING ACTION**